Michael K. Cavanaugh, Atty., Dept. of Justice, with whom John B. Jones, Jr., Acting Asst. Atty. Gen., and Lee A. Jackson and Robert N. Anderson, Attys., Dept. of Justice, were on brief, for respondent.

Before ALDRICH, Chief Judge, McENTEE, Circuit Judge, and SWEENEY, District Judge.

PER CURIAM.

Judgment will be entered affirming the decisions of the Tax Court on the concurring opinion of Judge Raum. 43 T. C. 697 (2/19/65).

PER CURIAM.

The present plaintiffs had recovered default judgments against one Joseph Wolfe in an automobile collision negligence suit. Wolfe had been insured for liability but his insurance company, the defendant-appellee in this action, withdrew coverage because of Wolfe's prejudicial lack of cooperation in the tort action. Those claims against Wolfe's insurance company completely depended upon the validity of Wolfe's coverage. The questions involved were properly submitted to the jury. We find no prejudicial trial error.

The judgment of the district court will be affirmed.

---

Kenneth A. RUBY and Lawrence Cowan, Appellants,

v.

LUMBERMENS MUTUAL CASUALTY COMPANY.

No. 15236.

United States Court of Appeals Third Circuit.

Argued Sept. 24, 1965.

Decided Oct. 18, 1965.

Bert E. Zibelman, Freedman, Borowsky & Lorry, Philadelphia, Pa. (Abraham E. Freedman, Philadelphia, Pa.; Freedman, Borowsky & Lorry, Philadelphia, Pa., on the brief), for appellants.

Lynn L. Detweiler, Swartz, Campbell, & Detweiler, Philadelphia, Pa., for appellee.

Before McLAUGHLIN, HASTIE and FREEDMAN, Circuit Judges.

---

Joseph Orby SMITH, Jr., Appellant,

v.

Dr. Jesse D. HARRIS, Warden, Medical Center for Federal Prisoners, Springfield, Missouri, Appellee.

No. 17947.

United States Court of Appeals Eighth Circuit.

Oct. 13, 1965.

William A. Wear, Springfield, Mo., for appellant.

F. Russell Millin, U. S. Atty., Kansas City, Mo., and John Harry Wiggins, Asst. U. S. Atty., for appellee.

Before VOGEL, Chief Judge, and VAN OOSTERHOUT and MEHAFFY, Circuit Judges.

PER CURIAM.

Joseph Orby Smith, Jr., whose petitions have resulted in many hearings in District Courts and appeals therefrom,[1]

---

1. Some of the reported decisions include Smith v. United States, 9 Cir., 1949, 173 F.2d 181; Smith v. United States, 9 Cir.,

1958, 259 F.2d 125, rehearing denied 259 F.2d 125; Smith v. United States, D.C.S.D.Cal., Central Div., 1959, 174 F.